**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:19-CV-81503-ROSENBERG/REINHART**

JEFFREY LINDER, M.D.,

   Plaintiff,

v.

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

   Defendant.
_____/

**ORDER AMENDING PRETRIAL DEADLINES, RESETTING TRIAL**

THIS CAUSE is before the Court on the parties' request for a continuance of trial and all remaining pretrial deadlines. DE 24. It is **ORDERED AND ADJUDGED**:

**I.     PRETRIAL DEADLINES**

The remaining pretrial deadlines, originally set at docket entry 7, are amended as follows:

**May 8, 2020**: Deadline to designate a mediator and to schedule a time, date, and place for mediation, **to occur on or before July 27, 2020**.

**July 9, 2020**: All fact discovery shall be completed.

**July 27, 2020**: All expert discovery shall be completed. Mediation must be completed.

**August 10, 2020**: All Pretrial Motions, including summary judgment motions, *Daubert* motions, and motions *in limine* shall be filed. *See* DE 7 sections 11-12.

**October 9, 2020**: Joint Pretrial Stipulation shall be filed. Designations of deposition testimony shall be made. Parties shall also exchange Rule 26(a)(3) witness and exhibit lists.

**October 14, 2021**: Counter-designations of deposition testimony and objections to designations of deposition testimony shall be filed. Late designations shall not be admissible absent exigent circumstances.

**October 19, 2021**: Objections to counter-designations of deposition testimony and responses to objections to designations of deposition testimony shall be filed.

**October 28, 2020**: Jury Instructions or Proposed Findings of Fact and Conclusions of Law shall be filed. The parties' deposition designation notebook, if applicable, is also due. The parties' obligation to deliver a deposition designation notebook, together with legal argument on all pending objections, does not relieve the parties of their obligation to file the documents outlined above. *See* DE 7 section 14. The parties' trial plan is due. The parties shall file their finalized exhibit list and witness list.

## II.     TRIAL, CALENDAR CALL, AND STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the above-captioned cause is hereby set for **Trial** before the Honorable Robin L. Rosenberg, United States District Judge, at the United States District Court at 701 Clematis Street, Fourth Floor, Courtroom 1, West Palm Beach, Florida, during the **four-week trial period commencing November 9, 2020 at 9:00 a.m.**, or as soon thereafter as the case may be called. **PLEASE TAKE FURTHER NOTICE** that **Calendar Call** will be held on **November 4, 2020 at 9:00 a.m.** and a **Status Conference** will be held on **October 7, 2020 at 9:30 a.m.** Counsel (or a *pro se* party) may appear at the Calendar Call or Status Conference via telephone but must file a notice of telephonic appearance at least one (1) day prior to the Status Conference or Calendar Call.[1] The notice must include a certification that (1) counsel will not use a speakerphone to conduct the call and (2) counsel will conduct the call in a quiet environment without excessive background noise. Instructions for appearing via telephone are as follows:

1. Please call five (5) minutes prior to the Status Conference or Calendar Call.
2. The toll-free number is: 1 (877) 873-8018.
3. The access code is: 9890482.

---

[1] Calendar Call and the pre-trial Status Conference will be held at the address and location specified above. In the event the Court's schedule requires the parties to appear at another location, the Court will notify the parties by order.

4. The security code is: 4008.

Unless the parties are notified otherwise, the telephonic instructions listed above will apply to all telephonic appearances in this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 1st day of May, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: All counsel of record via CM/ECF