UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

**CASE NO.: 9:19-cv-81503**

JEFFREY LINDER, M.D.,

    Plaintiff,

v.

THE NORTHWESTERN
MUTUAL LIFE INSURANCE
COMPANY,

    Defendant.
_____/

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order Amending Pretrial Deadlines, Resetting Trial dated May 1, 2020 [DE 27], the parties notify the Court of the selection of Robert A. Dulberg as mediator in this case.

The Parties are scheduled to attend mediation on July 2, 2020.

Dated:  May *8th*, **2020.**

                      Respectfully submitted,

                      BENRUBI LAW, P.A.
                      1401 Forum Way, Sixth Floor
                      West Palm Beach, FL 33401
                      Office: (561) 478-2500
                      Facsimile: (561) 478-3111
                      Email: *Rbenrubi@benrubilaw.com*
                      Secondary: *cgarcia@benrubilaw.com*

                      *Counsel for Plaintiff*

                      By:  */s/ **Richard M. Benrubi***
                          RICHARD M. BENRUBI, ESQ.
                          Florida Bar No.: 796573

CASE NO.: 9:19-cv-81503

CERTIFICATE OF SERVICE

I certify that on May 8, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**JOHN E. MEAHER, ESQ.**
**JAKE MONK, ESQ.**
Shutts & Bowen, LLP,
200 So. Biscayne Blvd., Suite 4100
Miami, FL 33131
Email: jmeagher@shutts.com
jmonk@shutts.com

*Counsel for Defendant*

By: */s/ Richard M. Benrubi*
RICHARD M. BENRUBI, ESQ.
*Counsel for Plaintiff*