UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO.: 9:19-cv-81503**

JEFFREY LINDER, M.D.,

    Plaintiff,

v.

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

## **NOTICE OF FIRM NAME CHANGE & EMAIL DESIGNATIONS**

PLEASE TAKE NOTICE that the Law Office of Richard M. Benrubi, P.A. has changed its name to BENRUBI LAW, P.A.  Pursuant to Local Rule 11.1(g) BENRUBI LAW hereby designates the following e-mail addresses for email service in the above referenced matter:

**Eservice/Email:** *RBenrubi@benrubilaw.com*
**Secondary:** *cgarcia@benrubilaw.com*

and respectfully requests all other counsel provide email addresses, if any, for this matter, so that all attorneys may comply with the Florida Supreme Court's Amendment to the Florida Rules of Judicial Administration and Federal Procedure.

Dated:  May *28th, 2020.*

                                    Respectfully submitted,

                                    BENRUBI LAW, P.A.
                                    1401 Forum Way, Sixth Floor
                                    West Palm Beach, FL 33401
                                    Office: (561) 478-2500
                                    Facsimile: (561) 478-3111
                                    Email: *Rbenrubi@benrubilaw.com*
                                    Secondary: *cgarcia@benrubilaw.com*

                                    *Counsel for Plaintiff*

                                    By: */s/ Richard M. Benrubi*
                                        RICHARD M. BENRUBI, ESQ.
                                        Florida Bar No.: 796573

CERTIFICATE OF SERVICE

I certify that on May 28, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**JOHN E. MEAHER, ESQ.**
**JAKE MONK, ESQ.**
Shutts & Bowen, LLP,
200 So. Biscayne Blvd., Suite 4100
Miami, FL 33131
Email: jmeagher@shutts.com
 jmonk@shutts.com

*Counsel for Defendant*

                                                   By: /s/ *Richard M. Benrubi*
                                                      RICHARD M. BENRUBI, ESQ.
                                                      *Counsel for Plaintiff*