UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

**CASE NO.: 9:19-cv-81503**

JEFFREY LINDER, M.D.,

      Plaintiff,

v.

THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY,

      Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER CANCELLING MEDIATION AND REQUIRING THE PARTIES TO RESCHEDULE MEDIATION

Plaintiff, JEFFREY LINDER, by and through his undersigned attorney, file these Responses to Defendant's Motion for an Order Cancelling Mediation and Requiring the Parties to Reschedule Mediation [DE 31].  The parties have agreed to reschedule mediation for July 27, 2020.

Dated:  June *3rd*, 2020.

Respectfully submitted,

BENRUBI LAW, P.A.
1401 Forum Way, Sixth Floor
West Palm Beach, FL 33401
Office: (561) 478-2500
Facsimile: (561) 478-3111
Email: *Rbenrubi@benrubilaw.com*
Secondary: *cgarcia@benrubilaw.com*

*Counsel for Plaintiff*

By: */s/ Richard M. Benrubi*
    RICHARD M. BENRUBI, ESQ.
    Florida Bar No.: 796573

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on June 3, 2020, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system which will send a notice of electronic filing to the

following:

**JOHN E. MEAHER, ESQ.**
**JAKE MONK, ESQ.**
Shutts & Bowen, LLP,
200 So. Biscayne Blvd., Suite 4100
Miami, FL 33131
Email: jmeagher@shutts.com
 jmonk@shutts.com

*Counsel for Defendant*

By: */s/ Richard M. Benrubi*
RICHARD M. BENRUBI, ESQ.
*Counsel for Plaintiffs*