UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:19-CV-81503-ROSENBERG/REINHART

JEFFREY LINDER, M.D.,

    Plaintiff,

v.

THE NORTHWESTERN MUTUAL
LIFE INSURANCE CO.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION AND CLOSING CASE**

This matter is before the Court upon the parties' cross-motions for summary judgment [DE 42; DE 44]. The motions were referred to the Honorable Magistrate Judge Bruce E. Reinhart for a Report and Recommendation. DE 66. On January 5, 2021, Judge Reinhart issued a Report and Recommendation recommending that Defendant's Motion for Summary Judgment be granted, that Plaintiff's Motion for Summary Judgment be denied, and that final judgment be entered for Defendant. DE 73.

On February 24, 2021, Plaintiff filed a Motion titled "Pro-Se Motion for Continuance And/Or Objection/Cancellation of Summary Judgment." DE 82. As Plaintiff includes substantive arguments in his Motion[1], attaches supporting evidence, and fails to explicitly request additional time to file Objections, the Court construes the Motion as Plaintiff's Objections to the Report and Recommendation. The Court has conducted a *de novo* review of Magistrate Judge Reinhart's Report and Recommendation, Plaintiff's Objections thereto, and the

---

[1] The Court notes that Plaintiff does not cite to any caselaw in support of his Objections.

record, and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reinhart's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reinhart's Report and Recommendation [DE 73] is hereby **ADOPTED** in its entirety.

2. Defendant Northwestern Mutual Life Insurance Company's Motion for Summary Judgment [DE 42] is **GRANTED**.

3. Plaintiff Jeffrey Linder's Motion for Summary Judgment [DE 44] is **DENIED**.

4. Defendant Northwestern Mutual Life Insurance Company shall submit a proposed final judgment after conferral on the wording of the same with Plaintiff within three business days of the date of rendition of this Order. The proposed final judgment must be in Microsoft Word format and e-mailed to rosenberg@flsd.uscourts.gov.

5. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

6. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of February, 2021.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Pro Se Plaintiff
Counsel of Record